**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAVID TYRON JONES                                                    PLAINTIFF

v.                                          No. 4:11CV00216 JLH

ELLIOTT JACKSON, Staff, Arkansas State
Hospital; and JOHN DOE,
West Memphis Public Defenders Office                     DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed.

IT IS SO ORDERED this 27th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE