### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DAVID TYRO N JONES                                                                                    PLAINTIFF

v.                                          No. 4:11CV00216 JLH

ELLIOTT JACKSON, Staff, Arkansas State
Hospital; and JOHN DOE,
West Memphis Public Defenders Office                                                          DEFENDANTS

## ORDER

Nader Afsordeh's motion for substitution of counsel is GRANTED. Document #23. Nader Afsordeh has entered his appearance as counsel of record for the defendants. William Shane Carter is withdrawn as counsel of record in this action.

IT IS SO ORDERED this 6th day of March, 2014.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE